HAROLD L. DAWSON v. BOARD OF TRUSTEES, PUBLIC
EMPLOYEES' RETIREMENT SYSTEM.

October 16, 1985.

Petition for certification granted and the matter is summarily
remanded to the Appellate Division, Superior Court, for recon-
sideration in light of our decision today in *Kane v. Board of
Trustees, Police and Firemen's Retirement System,* 100 *N.J.*
651 (1985).

Jurisdiction is not retained.

JOHN PUSHKO v. BOARD OF TRUSTEES OF THE TEACHERS'
PENSION AND ANNUITY FUND.

October 16, 1985.

Petition for certification granted and the matter is summarily
remanded to the Appellate Division, Superior Court, for recon-
sideration in light of our decision today in *Kane v. Board of
Trustees, Police and Firemen's Retirement System,* 100 *N.J.*
651 (1985).

Jurisdiction is not retained.

STATE OF NEW JERSEY v. NEFTALI MARTINEZ.

October 21, 1985.

Petition for certification denied.